

# Case Assignment
# Standard CivilAssignment

Case number **3:11CV-492-S**

Assigned : Judge Charles R. Simpson III
Judge Code : 4411


Designated Magistrate Judge : Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 08/31/2011

[ Request New Judge ] ..... [ Return ]