# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

Boy Racer, Inc.

    Plaintiff,

v.

DOES 1 – 10,

    Defendants.

CASE NO. 3-11-cv-492-S

Judge:

Magistrate Judge:

## BOY RACER, INC. CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Boy racer, Inc., by counsel, hereby submits its Corporate Disclosure Statement:

1. There is no parent corporation of Boy Racer, Inc.

2. No publicly-traded corporation or investment fund holds more than a 10% interest of Boy Racer, Inc.

    Respectfully submitted,

    Boy Racer, Inc.

DATED: August 24, 2011

By:    /s/ Raphael Whitford_____
    Raphael Whitford (Bar No. 92363)
    Steele Hansmeier PLLC
    161 N. Clark St., Suite 4700,
    Chicago, IL 60601
    312-880-9160; Fax 312-893-5677
    rjwhitford@wefightpiracy.com
    *Attorney for Plaintiff*