AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| Boy Racer, Inc. <br> *Plaintiff* <br> v. <br> Does 1-10 <br> *Defendant* | ) <br> ) <br> ) Case No. 3-11-cv-492-S <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Boy Racer, Inc.                                                                                              .

Date:    08/24/2011

*Raphael Whitford* (signature)
*Attorney's signature*

Raphael Whitford (Bar No. 92363)
*Printed name and bar number*

Steele Hansmeier PLLC
161 N. Clark St., Suite 4700
Chicago, IL 60601
*Address*

rjwhitford@wefightpiracy.com
*E-mail address*

(312) 880-9160
*Telephone number*

(312) 893-5677
*FAX number*