IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| BOY RACER INC., | CASE NO. 3:11-CV-00492-CRS |
| Plaintiff, | |
| v. | Judge: Hon. Charles R. Simpson |
| | Magistrate Judge: Hon. James D. Moyer |
| DOES 1 – 10, | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF CHANGE OF LAW FIRM NAME

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that, Plaintiff's counsel's law firm has changed its name from "Steele Hansmeier PLLC" to "Prenda Law Inc." All other identifying information associated with Plaintiff's counsel, Raphael Whitford—i.e. his physical address, email address, and phone number – remains the same.

[intentionally left blank]

DATED: November 18, 2011					Respectfully submitted,

							PRENDA LAW INC.


							By: __/s/ Raphael Whitford_____
							        RAPHAEL WHITFORD

							Bar No. 92363
							Prenda Law Inc.
							1111 Lincoln Road, Ste 400
							Miami Beach, FL 33139
							Telephone: (305) 748-2102
							Facsimile: (305) 748-2103
							E-mail: rjwhitford@wefightpiracy.com
							*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 18, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                    /s/ Raphael Whitford  
                                    RAPHAEL WHITFORD